UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                              :
ARTURO ESTEVEZ,                               :
                                              :
                        Plaintiff,            :
                                              :              21-CV-8837 (VSB)
            -against-                         :
                                              :              **ORDER**
SOAPBOX SOAPS LLC,                            :
                                              :
                        Defendant.    :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        It has been reported to the Court that the parties in this case have reached a settlement in

principle.  (Doc. 15.)  Accordingly, it is hereby:

        ORDERED that the above-captioned action is dismissed without costs to any party and

without prejudice to restoring the action to this Court's docket if the application to restore the

action is made within thirty (30) days.

SO ORDERED.

Dated: March 30, 2022
        New York, New York

                                                        _____
                                                        Vernon S. Broderick
                                                        United States District Judge